

United States District Court
Office of the Clerk
**PO Box 25670**
**Raleigh, NC 27611**

Phone (919) 645-1700
Fax (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

October 31, 2017

*Via Electronic Mail*
Mr. Robert J. Higdon, Jr.
United States Attorney
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC  27601

        Re:  Smith v. Holland
            5:17-HC-2032-FL

Dear Mr. Higdon:

  The following documents have been forwarded to your office by electronic notification:

1. Order directing clerk to continue management of the case.
2. Application for Writ of Habeas Corpus filed on 2/16/17.

  The respondent is allowed twenty one (21) days from the date of service in which to file a responsive pleading.

        Sincerely,

        /s/ Peter A. Moore, Jr.
        Clerk

Enclosures\

cc:   Ronald Edward Smith  08400-046
       Butner Low - F.C.I.
       P.O. Box 999
       Butner, NC 27509